UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **J.D. JORDAN,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )    NO. 3:17-cv-00006 |
| | )    CHIEF JUDGE CRENSHAW |
| **ANDREW ADAMS, et al.,** | ) |
| | ) |
|     **Defendants.** | ) |

## ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge, to which no timely objections have been filed. (Doc. No. 16.) The Court has reviewed the Report and Recommendation and conducted a de novo review of the record. The Report and Recommendation is **ADOPTED**.

Accordingly, Defendant National Health Investors, Inc.'s Motion to Dismiss for Insufficient Service of Process (Doc. No. 14) is **GRANTED** and Defendant National Health Investors, Inc. is **DISMISSED WITHOUT PREJUDICE** from this action. The remaining Defendants are also **DISMISSED WITHOUT PREJUDICE** from this action under Federal Rule of Civil Procedure 4(m) for Jordan's failure to effect service of process.

This action is therefore **DISMISSED WITHOUT PREJUDICE**. The Clerk shall enter judgment in accordance with Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE